UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 16CR0256-AJB |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL AND JUDGMENT |
| v. | ) | |
| | ) | (Doc. No. 53) |
| YOLANDA HINOJOSA-SALMERON | ) | |
| Defendant. | ) | |

Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Information be dismissed without prejudice.


IT IS SO ORDERED.


Dated:  April 19, 2016

_____
Hon. Anthony J. Battaglia
United States District Judge

1